### CARDÉ *v.* ECHEANDÍA.

APELACIÓN procedente de la Corte de Distrito de Aguadilla.

No. 666.—Resuelto en marzo 24, 1911.

APELACIÓN—TRANSCRIPCIÓN DE AUTOS—LEGAJO DE LA SENTENCIA.—En los casos en que el demandado no hubiere contestado la demanda, la citación y la declaración jurada o prueba de su notificación al demandado, forman parte del legajo de la sentencia, y si dichos documentos no se incluyeren en la transcripción de autos que se presente a los efectos de una apelación, ésta será desestimada.

ID.—ANOTACIÓN DE REBELDÍA.—La anotación del secretario al dorso de la demanda, expresiva de que fué registrada la rebeldía del demandado, sin in-

cluir en la transcripción la citación y prueba de su notificación, no constituye un suficiente cumplimiento de las disposiciones del No. 1 del artículo 233 del Código de Enjuiciamiento Civil.

Abogados de la parte apelante: *Sres. Reichard & Reichard.*
Abogado de El Pueblo: *Sr. Jesús M. Rossy, Fiscal.*
Resolución del tribunal:

No habiéndose dado cumplimiento por parte del apelante a lo que determina el artículo 299, en relación con el número 1 del artículo 233 del Código de Enjuiciamiento Civil, toda vez que este último dispone que en los casos en que el demandado no hubiere contestado la demanda, la citación y la declaración jurada o prueba de su notificación al demandado forman parte del legajo de la sentencia y dichos documentos no se han incluído en la transcripción de autos presentada en el caso arriba expresado, pues sólo aparece en ella la demanda y la diligencia del secretario al efecto de que fué registrada la rebeldía del demandado, lo que no constituye un suficiente cumplimiento de las disposiciones del artículo 233 citado. Visto lo dispuesto en el artículo 303 del mismo Código y el 60 del Reglamento de este tribunal.

Se desestima la apelación interpuesta por la representación de la parte demandante en el caso arriba expresado contra la sentencia pronunciada por la Corte de Distrito de Aguadilla con fecha 16 de diciembre de 1910. Y remítase copia de esta resolución a dicha corte de distrito para su conocimiento y efectos procedentes.

*Desestimada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Aldrey.

El Juez Asociado Sr. MacLeary, no intervino en la resolución de este caso.